UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-62644-Civ-SCOLA

CARLOS ZELAYA, *et al.*,

    Plaintiffs,
vs.

UNITED STATES OF AMERICA,

    Defendant.
_____/

### JUDGMENT

THIS MATTER is before the Court following the Court's granting the Defendant's Motion to Dismiss. Pursuant to Federal Rule of Civil Procedure 58, judgment is entered in this matter in favor of the Defendant and against the Plaintiffs.

**DONE and ORDERED** in chambers, at Miami, Florida, on August 14, 2013.

_____
ROBERT N. SCOLA, JR.
UNITED STATES DISTRICT JUDGE